IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | March 20, 2018 |
| vs. | Case No.: | 16-4052-CR-C-BCW-2 |
| **MARIO ALBERTO DE LA CRUZ, JR.** | | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time: 11:25 am**                                                          **Commenced: 11:40 am**

### APPEARANCES

**Plaintiff's counsel:**      Jim Lynn, Jr., AUSA
**Defendant's counsel:**   Jeffrey R. Kays
**Probation officer:**        Danielle Staats

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Court grants government's motion. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant sentenced to the custody of BOP for 60 months on count 1 of the indictment; followed by 5 years supervised release on count 1 of the indictment. Standard/Additional Conditions of Supervision imposed. FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: n/a. Defendant advised of right to appeal. Defendant ordered to self-surrender on 05/21/2018 on or before 2:00 pm. All remaining counts dismissed upon motion by the government.

**Court Reporter:**      Denise Halasey
**Courtroom Deputy:** T. Lock